JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert D. Kline

**DEFENDANTS**
All Fundy Capital, LLC & Todd Bullard

**(b)** County of Residence of First Listed Plaintiff: McClure, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert D. Kline
2256 Fairview Road; McClure, PA 17841
(412) 246-4771

Attorneys *(If Known)*
Thomas, Thomas & Hafer LLP
305 North Front Street; Harrisburg, PA 17101
(717) 441-3952

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 USC 227 et seq.
Brief description of cause:
Alleged violation of the Telephone Consumer Protection Act (TCPA)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 10,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 11/08/2018
SIGNATURE OF ATTORNEY OF RECORD: /s/ John F. Yaninek

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT D. KLINE<br><br>　　　　Plaintiff,<br><br>v.<br><br>All Fundy Capital, LLC & Todd Bullard<br><br>　　　　Defendant. | Civil Action No.<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION JURISDICTION)**<br><br>Complaint Filed: October 9, 2018<br>Removed:<br>Trial Date:　　None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA AND PLAINTIFF:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants All Fundy Capital, LLC, and Todd Bullard ("Defendants") remove the above-captioned action from the Mifflin County Court Common Pleas, to the United States District Court, Middle District of Pennsylvania.  Defendants are entitled to removal pursuant to 28 U.S.C. § 1331, based on federal question jurisdiction.  In support of this Notice of Removal, Defendants state as follows:

　　　　1.　　On October 9, 2018, a complaint was filed in Mifflin County Court Common Pleas in an action entitled *Robert D. Kline, v. All Fundy Capital, LLC & Todd Bullard*, Civil Action No. CV-978-2018 (the "State Court Action").  Plaintiff asserts claims for (1) Violation of the Telephone Consumer Protection Act (47 U.S.C. §227 *et seq*.), Trespass to Chattels, and Invasion of Privacy.  A copy the pleadings in the State Court Action, including summons and complaint, are attached to this Notice as Exhibit A.

1

2.     This Notice of Removal is timely under 28 U.S.C. § 1446(b) because the State Court Action was filed and thereafter served on defendant All Fundy Capital, LLC on October 9, 2018.  In addition, defendant Todd Bullard has not been served with the initial pleading in the State Court Action.  Therefore, this notice of removal is filed within the time permitted under 28 U.S.C. § 1446(b).

3.     Both defendants consent to this Notice of Removal.

4.     Venue in this Court is proper pursuant to 28 U.S.C. §1441(a), which allows a defendant to remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."  The United States District Court for the Middle District of Pennsylvania is the federal judicial district and division embracing the Mifflin County Court of Common Pleas, where the State Court Action was originally filed.

5.     Pursuant to 28 U.S.C. §§ 1446(d), Defendants are filing this notice of removal with this Court, serving a copy of this notice upon Plaintiff, and filing a copy in the Mifflin County Court of Common Pleas.  A copy of the written notice of the filing of this Notice of Removal is attached as Exhibit B.

**Federal Question Jurisdiction**

6.     The Complaint names a claim for violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*.  ("TCPA").  The claim therefore presents a federal question within the meaning of 28 U.S.C. § 1331, as it arises under the laws of the United States.  *See Mims v. Arrow Financial Services, LLC*, 132 S. Ct. 740, 753 (2012) (holding federal courts have original jurisdiction to hear TCPA claims pursuant to 28 U.S.C. § 1331.)

7.     Defendants reserve all of their defenses, including, without limitation, the right to amend or supplement this Notice of Removal.

**WHEREFORE**, Defendants pray that the State Court Action be removed from state court to this Court and that this Court assume jurisdiction over the action and determine it on the merits.

Dated this 8th day of November, 2018

                THOMAS, THOMAS & HAFER LLP

                By: *s/ John F. Yaninek*
                    John F. Yaninek, Esquire
                    305 North Front Street, Sixth Floor
                    Harrisburg, PA  17101
                    Telephone:  (717) 441-3952
                    Facsimile:   (717) 237-7105
                    Email:  jyaninek@tthlaw.com

                    *Attorneys for Defendants All Fundy Capital, LLC, and Todd Bullard*

Case 4:18-cv-02167-MWB-JFS   Document 1   Filed 11/08/18   Page 5 of 5

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of November 2018, I have caused a true and correct copy of the foregoing Notice of Removal to be served on the following through certified mail:

>Robert D. Kline
>2256 Fairview Road
>McClure, PA 17841
>Plaintiff pro se

By: *s/ John F. Yaninek*
John F. Yaninek, Esquire