**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT D. KLINE, | : | No.: 4:18-CV-02167 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| ALL FUNDY CAPITAL, LLC and | : | |
| TODD BULLARD, | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

**AND NOW**, this 27th day of November 2018, in light of John F. Yaninek,

Esquire's Letter to the Court indicating that the matter has settled, ECF No. 3, **IT**

**IS HEREBY ORDERED** that this action is dismissed without costs and with

prejudice to the right of either party, upon good cause shown, to reinstate the

action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge